# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LISA MACHELLE HAWKINS                                                PLAINTIFF

V.                    CASE NO. 4:18-CV-00013-JLH-JTK

HUTCHINSON ET AL.                                                   DEFENDANTS

## ORDER

The Court has received Magistrate Judge Jerome Kearney's partial recommended disposition. No objections to the partial recommendation have been filed. The Court concludes that the partial recommendation should be, and is hereby, approved and adopted as this Court's findings in all respects.

SO ORDERED this 25th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE