IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA MACHELLE HAWKINS                                        PLAINTIFF

v.                    NO. 4:18CV00013-JLH-JTK

BETTY HUTCHINSON, APRN, *et al*.                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of September, 2019.

                                               _____
                                               J. LEON HOLMES
                                               UNITED STATES DISTRICT JUDGE